Edgar Carranza, Esq.
Nevada State Bar No. 5902
Jacquelyn Franco, Esq.
Nevada State No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545 facsimile
ecarranza@backuslaw.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE CHISM, | ) |
| Plaintiffs, | ) Case No. 2:20-CV-967-JAD-BNW |
| vs. | ) |
| COSTCO WHOLESALE CORPORATION, DOES I – V; ROE CORPORATIONS I - X; | ) |
| Defendants. | ) ECF No. 37 |

**STIPULATION AND ORDER TO EXTEND TIME FOR COSTCO TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO COUNTERMOTION FOR SPOLIATION INSTRUCTION**

Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Costco") by and through counsel, Edgar Carranza, Esq. of the BACKUS, CARRANZA & BURDEN law firm and Plaintiff, MICHELLE CHISM (hereinafter referred to as "Plaintiff" or "Ms. Chism"), by and through counsel, Peter Angulo, Esq. of the Angulo Law Group, hereby stipulate and agree that Defendant, Costco shall have until **December 20, 2021**, in which to file its Reply to Plaintiff's Opposition to Motion for Summary Judgment and Opposition to Countermotion for

Spoilation Instruction.  This is the first extension requested.

I. **GOOD CAUSE SUPPORTING THE EXTENSION.**

The parties come to this Court seeking an extension of the briefing schedule related to Costco's Motion for Summary Judgment [Doc. 28] and Ms. Chism's Opposition to Defendant's Motion for Summary Judgment and Countermotion for Spoliation Instruction [Doc. 31].  The parties have completed a significant amount of discovery and continue to diligently move this case forward.

Costco filed its Motion for Summary Judgment [Doc. 28] on October 28, 2021.  The parties subsequently agreed to allow Ms. Chism additional time to file her response to the motion in light of her counsel's travel schedule, Thanksgiving Day holiday commitments and commitments in other litigated/contested matters.  The parties submitted a stipulation and order to this Court for the additional time on November 18, 2021 [Doc. 30], which this Court subsequently granted.

On November 29, 2021, Ms. Chism filed her Opposition to Costco's Motion for Summary Judgment and Countermotion for Spoliation Instruction [Doc. 31].

The parties now have agreed to allow Costco additional time to file its Reply to Plaintiff's Opposition to Motion for Summary Judgment and its response to Plaintiff's Countermotion for Spoliation Instruction.  The additional time is necessary due to Costco counsel's commitments in other litigated matters which have prevented him from finalizing the above reply including, but not limited to, a dozen expert depositions in a contested mass-tort/ asbestos matter, *Potter v. Crane Co., et. al,*, Case No. 2:20-CV-00276-RFB-VCF and party depositions in another mass-tort/ silica matter, *Nunez v. Robert Bosch Tool Corp., et. al*., Case No. A-19-801186-C.  The extension is only for an additional seven (7) days and will not delay this matter any further than is necessary to allow for a full briefing of the issues.

. . . .

2

## II. DEADLINES FOR REPLY AND OPPOSITION TO COUNTERMOTION.

Accordingly, the parties hereby agree and stipulate to allow for additional time to complete the briefing as follows:

| TASK | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Costco's Reply to Plaintiff's Opposition to Motion for Summary Judgment and Opposition to Plaintiff's Countermotion for Spoliation Instruction | December 13, 2021 | **December 20, 2021** |

DATED this 14th day of December, 2021.                    DATED this 14th day of December, 2021.

**BACKUS, CARRANZA & BURDEN**                              **Angulo Law Group**

By:   */s/ Edgar Carranza*                                 By:   */s/ Peter M. Angulo*_____
                                                                 Peter M. Angulo, Esq.
      Edgar Carranza, Esq.                                       Nevada Bar No. 3672
Nevada Bar No. 5902                                              5545 S. Mountain Vista Street, Suite F
3050 South Durango Drive                                         Las Vegas, Nevada 891206
Las Vegas, Nevada 89117                                          Attorneys for Plaintiff
Attorney for Defendants                                          MICHELLE CHISM
COSTCO WHOLESALE
CORPORATION

**IT IS SO ORDERED.**

DATED this 21st day of December, 2021, nunc pro tunc to December 13, 2021

_____
United States District Court Judge

3